1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  ALEXANDRA ROBERT GORDON, State Bar No. 207650
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 703-5509
    Fax: (415) 703-5480
6   E-mail: Alexandra.RobertGordon@doj.ca.gov
   *Attorneys for All Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DEL REAL, LLC, a California limited liability company,** | 1:12-CV-01669-LJO-GSA |
| Plaintiff, | **STIPULATION AND ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | **(Local Rule 144)** |
| **KAMALA D. HARRIS, in her official capacity as Attorney General of California, EDMUND G. BROWN, in his official capacity as Governor of California, and the STATE OF CALIFORNIA,** | Judge: The Hon. Lawrence J. O'Neill<br>Courtroom: 4<br>Action Filed: October 11, 2012 |
| Defendants. | |

1

1   Plaintiff Del Real, LLC and Defendants Governor Edmund G. Brown, Attorney General
2   Kamala D. Harris and State of California (collectively "Defendants," and together with Plaintiff,
3   the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:
4   WHEREAS, on October 11, 2012, Plaintiff filed its Complaint for Declaratory and
5   Injunctive Relief;
6   WHEREAS, on October 25, 2012, the Parties stipulated to a 21-day extension of time for
7   Defendants to answer or otherwise respond to Plaintiff's Complaint;
8   WHEREAS, the last day for Defendants to answer or otherwise respond to Plaintiff's
9   Complaint currently is December 3, 2012;
10  WHEREAS, given the press of other matters and resource constraints, Defendants' counsel
11  requires an additional 14 days to adequately answer or otherwise respond to Plaintiff's
12  Complaint.  Counsel for Defendants is the sole attorney assigned to this matter and is engaged in,
13  inter alia, opposing two motions for preliminary injunctions of a duly enacted state statute in the
14  District Court for the Eastern District of California in *Welch v. Brown*, Case No. 2:12-cv-02484-
15  WBS, and *Pickup v. Brown*, Case No. 2:12-cv-02497-KJM.  These motions will be heard on
16  November 30, 2012 and December 3, 2012;
17  WHEREAS, the Parties agree to an additional extension of 14 days;

1
2   THEREFORE, in consideration of the foregoing, it is hereby stipulated that: Defendants'
3   last day to answer or otherwise respond to Plaintiff's Complaint shall be December 17, 2012.
4

5   Dated:  November 19, 2012                     By: KAMALA D. HARRIS
                                                  Attorney General of California
6                                                 TAMAR PACHTER
                                                  Supervising Deputy Attorney General
7
                                                  */s/ Alexandra Robert Gordon*
8                                                 ALEXANDRA ROBERT GORDON
                                                  Deputy Attorney General
9                                                 *Attorneys for All Defendants*

10

11  Dated:  November 19, 2012                     By: DORSEY & WHITNEY LLP

12                                                */s/ Kent J. Schmidt*
                                                  KENT J. SCHMIDT
13                                                *Attorneys for Del Real, LLC*

14
15
16
17  IT IS SO ORDERED.

18      Dated:   **November 20, 2012**                **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28

3