KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
SUSAN K. SMITH, State Bar No. 231575
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-2105
 Fax:  (213) 897-1071
 E-mail:  Susan.Smith@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEL REAL, LLC, a California limited liability company,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California, EDMUND G. BROWN, in his official capacity as Governor of California, and the STATE OF CALIFORNIA,**<br><br>Defendants. | 1:12-CV-01669-LJO-GSA<br><br>**STIPULATION AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER**<br><br>Judge:  The Hon. Lawrence J. O'Neill<br>Courtroom: 4:<br>Action Filed:  October 11, 2012 |

Plaintiff Del Real, LLC and Defendant Attorney General Kamala D. Harris ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on October 11, 2012, Plaintiff filed its Complaint for Declaratory and Injunctive Relief;

WHEREAS, on March 20, 2013, Plaintiff filed its Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities (ECF Document # 26);

1

STIPULATION AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER

WHEREAS, the original hearing date for hearing the Plaintiff's Motion for Summary Judgment was April 17, 2013;

WHEREAS, the Court issued a minute order on March 29, 2013 ordering the Parties to consolidate their briefing schedule if the Defendant planned to file a cross-motion for summary judgment (ECF Document # 33);

WHEREAS, Defendant has orally requested and Plaintiff has agreed to provide one deposition prior to Defendant filing a cross-motion for summary judgment;

WHEREAS, Defendant does plan on filing a cross-motion for summary judgment;

THEREFORE, in consideration of the foregoing, it is hereby stipulated that the following briefing schedule will be used:

Defendant's Cross-motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment will be filed June 7, 2013;

Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment will be filed June 28, 2013;

Defendant's Reply in Support of Defendant's Motion for Summary Judgment will be filed July 12, 2013.

**ORDER**

This Court ADOPTS the parties' briefing schedule.  This Court's practice is to consider matters on the record without a hearing.  As such, this Court VACATES the original April 17, 2013 hearing and will set a hearing only if it deems necessary.

IT IS SO ORDERED.

Dated:   **April 3, 2013**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE